STATE of Missouri, Respondent,

v.

Arnold BELL, Appellant.

Arnold BELL, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 47263, WD 49713.

Missouri Court of Appeals,
Western District.

April 4, 1995.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

## ORDER

PER CURIAM.

Arnold Bell appeals his convictions after a jury trial of first degree assault and armed criminal action. He also appeals the denial of his motion for post-conviction relief. Finding no jurisprudential purpose in publishing a written opinion, we affirm his convictions and the denial of his motion for post-conviction relief by this summary order. Rules 30.25(b) and 84.16(b).

D & D CAR WASH, INC., Respondent,

v.

Travis D.L. NEWSOME, et al., Appellant.

No. WD 49938.

Missouri Court of Appeals,
Western District.

April 4, 1995.

Carl W. Bussey, Bussey & Associates, Kansas City, for appellant.

Richard Helfand, Shari Miller Blank, Panethiere & Helfand, Kansas City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

## ORDER

PER CURIAM:

Travis Newsome, Mary Alice Newsome and Double D's Car Wash, Inc., appeal summary judgment for breach of contract in behalf of D & D Car Wash, Inc., awarding damages.

Judgment affirmed. Rule 84.16(b).